LEEWOOD HILLS, INC., Appellant, *v.* NEW ROCHELLE WATER COMPANY, Respondent.

Submitted November 22, 1939; decided December 28, 1939.

*Clarence G. Bachrach* for appellant.
*Albert Ritchie* for respondent.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.